# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| PIYUSHKUMAR PATEL and TEJAS PATEL, : : : | |
| Plaintiffs, : : | |
| v. : | CASE NO.: 7:25-CV-02 (WLS) |
| : | |
| UR JADDOU, Director of United States Citizenship and Immigration Services, : : : | |
| Defendant. : : | |

## ORDER

Before the Court is a Notice of Voluntary Dismissal (Doc. 3), filed by Plaintiffs on March 5, 2025. Therein, Plaintiffs notify the Court of the voluntary dismissal without prejudice of the above-captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the purpose of completing the record, the Court hereby acknowledges and **CONFIRMS** Plaintiffs' Notice of Voluntary Dismissal (Doc. 3). Therefore, the above-captioned action is **DISMISSED**, **WITHOUT PREJUDICE**. The Parties shall bear their own fees and costs. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 7th day of March 2025.

                                                                  /s/ W. Louis Sands
                                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                                  **UNITED STATES DISTRICT COURT**